

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 28 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX A. KIBKALO,<br><br>Defendant. | No. CR14- **87 JCC**<br><br>INFORMATION |

The United States Attorney charges that:

### COUNT 1
### (Theft of Trade Secrets)

On or about August 18, 2012, at Redmond, within the Western District of Washington, and elsewhere, ALEX A. KIBKALO, with intent to convert trade secrets belonging to Microsoft, specifically, Microsoft's Activation Server Software Development Kit, to the economic benefit of someone other than Microsoft, which trade secrets were related to and included in products that were produced for and placed in interstate and foreign commerce, did knowingly and without authorization download, upload, transmit, deliver, send, communicate, and convey such information from

//
//
//

INFORMATION/KIBKALO (CR14-____) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Microsoft's computer system, and did attempt to do so, intending and knowing that such
2  acts would injure Microsoft.
3      All in violation of Title 18, United States Code, Section 1832(a)(2), (a)(4), and 2.
4
5  DATED this __28TH__ day of March, 2014.

*[signature]*
for JENNY A. DURKAN
United States Attorney

*[signature]*
ANDREW C. FRIEDMAN
Assistant United States Attorney

*[signature]*
NORMAN M. BARBOSA
Assistant United States Attorney

INFORMATION/KIBKALO (CR14-____) - 2